Alexander Rosado
Richard H. Apat
Maria Dudley

Martin M. Howfield
Rayna White-Martine
Adam Bogin



**Rosado, Apat & Dudley, LLP**
Attorneys at Law

**ADMINISTRATIVE OFFICE:**
**100 Duffy Avenue, Suite 310**
**Hicksville, NY 11801**
**Tel: (516) 331-5600**
**1-800-471-4878**
**Fax: (516) 433-9500**

**Queens Office:**
95-49 Roosevelt Ave., 2nd FL
Jackson Heights, NY 11372

**Bronx Office:**
2426 Eastchester Road
Bronx, NY 10469

**Brooklyn Office:**
188 Montague St., Suite 500
Brooklyn, NY 11201

*All correspondence should be directed to the Administrative Office.*

*By:Regular First Class Mail & E-Mail* esquire1998@gmail.com

August 28, 2018

Ricardo R. Morel, Esq.
39-15 Main Street
Suite 318
Flushing, New York  11354

            *Re:*   *Zhang v. Wai Realty Corp.*
                *Index No.: 1:18-cv-03189*

Dear Mr. Morel,

  On Wednesday, August 22, 2018 Richard H. Apat, Esq. sent you a letter by electronic mail and regular mail regarding contacting our office on this matter, see copy attached. I contacted your office by telephone, (424) 362-8960, yesterday morning and left a voice-mail message asking that you contact us. Today at approximately 3:30 p.m. I again called your office and the only option was to leave another voice-mail message.

  Can you please contact us at your earliest convenience. We have been consulted with regard to the above referenced matter which you commenced and in which you are seeking a default judgment. We want to see if we can get an extension of time to serve an answer and to avoid a default judgment motion.

  Thank you for your anticipated cooperation.

               Very truly yours,

               Martin M. Howfield

MMH/abm

Alexander Rosado
Richard H. Apat
Maria Dudley



Rosado, Apat & Dudley, LLP
Attorneys at Law

**Queens Office:**
95-49 Roosevelt Ave., 2nd FL
Jackson Heights, NY 11372

**Bronx Office:**
2426 Eastchester Road
Bronx, NY 10469

Martin M. Howfield
Rayna White-Martine
Adam Bogin

**ADMINISTRATIVE OFFICE:**
100 Duffy Avenue, Suite 310
Hicksville, NY 11801
Tel: (516) 331-5600
1-800-471-4878
Fax: (516) 433-9500

**Brooklyn Office:**
188 Montague St., Suite 500
Brooklyn, NY 11201

*All correspondence should be directed to the Administrative Office.*

By: Regular First Class Mail & E-Mail esquire1998@gmail.com

August 22, 2018

Ricardo R. Morel, Esq.
39-15 Main Street
Suite 318
Flushing, New York  11354

**Re:**   *Zhang v. Wai Realty Corp.*
          Index No.: 1:18-cv-03189

Dear Mr. Morel,

I contacted your office yesterday, but it was after hours. I called again today however I could not get you on the phone, but I did leave two voice messages. Can you please contact me at your earliest convenience. I was consulted yesterday with regard to the above referenced matter which you commenced and are seeking a default judgment on.

I want to see if we can get an extension of time to serve an answer and to avoid a default judgment motion.

Thank you for your anticipated cooperation.

Very truly yours,

Richard H. Apat

RHA/abm

T & DUDLEY, LLP
nue
w York  11801

Ricardo R. Morel, Esq.
39-15 Main Street
Suite 318
Flushing, New York  11354