## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 1, 2018 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-3189 (FB) |
| **NAME OF CASE(S):** | **ZHANG -V- WAI REALTY CORP., ET AL.** |
| **FOR PLAINTIFF(S):** | Morel |
| **FOR DEFENDANT(S):** | Apat |
| **NEXT CONFERENCE(S):** | **JANUARY 17, 2019 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:27 - 10:30, 12:00 - 12:10 |

### RULINGS FROM INITIAL CONFERENCE:

Parties engaged in settlement discussions and made some progress towards resolving the case. The parties will continue to exchange informal discovery for purposes of settlement and the Court will hold an in-person settlement conference on January 17, 2019 at 11:00 a.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than January 14, 2019. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.