

RICARDO R. MOREL, ESQ.
Attorney at Law
39-15 Main Street - Suite 318
Flushing, New York 11354
(424) 362-8960
Esquire1998@gmail.com

November 12, 2018

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF**

        RE:        *Zhang v. Wai Realty Corp. et al*
                    **Case No. 1:18-cv-3189-FB-ST**

Dear Honorable Judge Tiscione:

    I represent the Plaintiffs Yong Kai Zhang and Hai Chen Li in the above referenced matter.

    Jointly with Defendants' counsel, Mr. Richard Apat, Esq., we respectfully write to inform the Court that we have reached a settlement in the controversy.

    With regard to another case before you involving the same defendants (*Lu v. Compass* 16-cv-4753-ENV-ST), it happens that defendants' counsel in that case, Hang & Associates, has moved to withdraw. If it pleases the Court, Mr. Apat has agreed to represent the defendants in that case as well, in which we have also reached an agreement.

    We respectfully request leave to submit a proposed settlement agreement, or agreements, for a *Cheeks* review and the Court's approval.

Respectfully yours,

 /s/ *Ricardo R. Morel*               .                ROSADO, APAT & DUDLEY LLP
Ricardo R. Morel, Esq.
*Attorney for Plaintiffs*                            By:   /s/ *Richard H. Apat*                    .
                                                                        Richard H. Apat, Esq.
                                                                        *Attorneys for Defendants*