

Alexander Rosado
Richard H. Apat
Maria Dudley

Martin M. Howfield
Rayna White-Martinez
Adam Bogin

**Rosado, Apat & Dudley, LLP**
Attorneys at Law

**ADMINISTRATIVE OFFICE:**
100 Duffy Avenue, Suite 310
Hicksville, NY 11801
Tel: (516) 331-5600
Fax: (516) 433-9500

**Queens Office:**
95-49 Roosevelt Ave., 2nd FL
Jackson Heights, NY 11372

**Bronx Office:**
2426 Eastchester Road
Bronx, NY 10469

**Brooklyn Office:**
188 Montague St., Suite 500
Brooklyn, NY 11201

*All correspondence should be directed to the Administrative Office.*

November 13, 2018

**Via EFILE**
The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Zhang vs. Wai Realty Corp, et al | Index #: 1:18-CV-03189

Dear Honorable Sir:

In light of the settlement in the above-referenced matter, with the Court's permission this will confirm that we will not be moving forward with Phase 1 Discovery or any other informal Discovery as set forth in the Court's Rulings from the Initial Conference dated November 1, 2018.

Very truly yours,

ROSADO, APAT & DUDLEY, LLP

By: Richard H. Apat

RHA:tb
cc:
 **Via EFILE**
 Ricardo R. Morel, Esq.
 39-15 Main Street, Suite 318
 Flushing, NY 11354