**UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF NEW YORK**

<u>YONG KAI ZHANG v. WAI REALTY CORP., ET AL – 18-cv-3189 (FB) (ST)</u>

<u>DAMAGE CALCULATIONS FOR PLAINTIFF **YONG KAI ZHANG**</u>

(Relevant Period: May31, 2012 to July 31, 2016)
(217 weeks)

**HOURS WORKED**:  8:30 AM – 6:30 PM x 6 days = 60 hours/week

| <u>Assumptions:</u> | | |
|---|---|---|
| | **HOURS WORKED WEEKLY:** | **60** |
| | **OT HOURS WORKED WEEKLY:** | **20** |
| | **TOTAL WEEKS WORKED:** | **217** |
| | **TOTAL OT HOURS WORKED:** | 4,340 (20 x 217) |
| | <u>Weekly Salary:</u> | **$420.00** ($70.00 / day x 6 days) |
| | <u>Hourly Rate:</u> | **$10.50** / hour ($420.00 / 40) |
| | <u>NYC Min. Wage:</u> | $7.25 per hour (2012-2013) |
| | | $8.00 per hour (2014) |
| | | $8.75 per hour (2015) |
| | | $9.00 per hour (2016) |
| | <u>Overtime Rate:</u> | **$15.75** / hour |

**<u>Unpaid Minimum Wages:</u>**        NO UNPAID MINIMUM WAGE

**<u>Unpaid Overtime Wages:</u>**        **$68,355.00** ($15.75 x 20 hours x 217 weeks)

| | |
|---|---|
| **TOTAL UNPAID WAGES (MW + OT):** | **$68,355.00** |
| **LIQUIDATED DAMAGES:** | **$68,355.00** |
| **PENALTY – NYLL §195(1):** | **$5,000.00** |
| **PENALTY – NYLL §195(3):** | **$5,000.00** |
| **COSTS:** | **$415.00** |
| **LEGAL FEES:** | **TBD** |
| **INTEREST (9%):** | **TBD** |
| **TOTAL DEMAND:** | **$147,125.00** |

(Excluding Legal Fees and Interest)

1

**UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF NEW YORK**

<u>YONG KAI ZHANG v. WAI REALTY CORP., ET AL – 18-CV-3189 (FB) (ST)</u>

<u>DAMAGE CALCULATIONS FOR PLAINTIFF **HAI CHEN LI**</u>

*(Relevant Period: January 10, 2015 to August 30, 2015)*
(33 Weeks + 2 days)

**HOURS WORKED**: 8:30 AM – 9:00 PM x 6 days = 75 hours/week [Off on Sundays]

| <u>Assumptions:</u> | | |
|---|---|---|
| | **HOURS WORKED WEEKLY:** | 75 |
| | **OT HOURS WORKED WEEKLY:** | 35 |
| | **TOTAL WEEKS WORKED:** | 33 |
| | **TOTAL OT HOURS WORKED:** | 1,155 (35 x 33) |
| | <u>Weekly Salary:</u> | **$461.54** ($2,000/mo. x 12 / 52) – See FLSA |
| | <u>Hourly Rate:</u> | **$11.54/hour** ($461.54 / 40) – See NYLL/FLSA |
| | <u>NYC Min. Wage:</u> | $7.25 per hour (2012-2013) |
| | | $8.00 per hour (2014) |
| | | $8.75 per hour (2015) |
| | | $9.00 per hour (2016) |
| | <u>Overtime Rate:</u> | **$17.31** / hour (11.54 x 1.5) – See NYLL/FLSA |

<u>**Unpaid Minimum Wages:**</u>   NO UNPAID MINIMUM WAGES

<u>**Unpaid Overtime:**</u>   **$19,993.05** ($17.31 x 35 hours x 33 weeks)

| | |
|---|---|
| **TOTAL UNPAID WAGES (MW + OT):** | **$19,993.05** |
| **LIQUIDATED DAMAGES:** | **$19,993.05** |
| **PENALTY – NYLL §195(1):** | **$5,000.00** |
| **PENALTY – NYLL §195(3):** | **$5,000.00** |
| **COSTS:** | **$815.00** |
| **LEGAL FEES:** | TBD |
| **INTEREST (9%):** | TBD |
| **TOTAL DEMAND:** | **$50,801.10** |

(Excluding Legal Fees and Interest)

1