**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

YONG KAI ZHANG, et al.,

        Plaintiffs,

  - against -

WAI REALTY CORP., et al.,

        Defendants.
----------------------------------------------------------------X

**ORDER**
**CV-18-3189 (ST)**

**TISCIONE, Magistrate Judge:**

    Having reviewed the settlement agreement and plaintiffs' letters dated December 13, 2018, Docket Entry [38] and February 14, 2019, Docket Entry [40], I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved, the case is dismissed with prejudice and closed.

    **SO ORDERED.**

**Dated: Brooklyn, New York**
      **May 31, 2019**

                                                                   s/
                                          **STEVEN L. TISCIONE**
                                          **UNITED STATES MAGISTRATE JUDGE**